FORM 1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | | |
|---|---|---|
| Trimil SA. | | |
| | Plaintiff, | Court No. 09-00539 |
| v. | | |
| United States, | | |
| | Defendant. | **SUMMONS** |

**TO:** The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



_____
**TINA POTUTO KIMBLE, CLERK OF THE COURT**

| PROTEST | | | |
|---|---|---|---|
| Port of entry :   See Schedule Attached | | Date Protest Filed:        See Schedule Attached | |
| Protest Number:   See Schedule Attached | | Date Protest Denied:        See Schedule Attached | |
| Importer:  Trimil SA | | | |
| Category of Merchandise:    WEARING APPAREL | | | |

| ENTRIES INVOLVED IN ABOVE PROTEST | | | | | |
|---|---|---|---|---|---|
| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| | | | | | |
| | | See Schedule Attached | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| Port Director, | Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt  LLP |
| U.S. Bureau of Customs & Border Protection<br>John F. Kennedy International Airport<br>Bldg #77<br>Jamaica, NY 11430 | 399 Park Avenue, 25th Floor<br>New York, New York 10022 |
| | 212/557-4000 |
| *Address of Customs Port in Which Protest Was Denied* | *Name, Address and Telephone Number of Plaintiff's Attorney* |

418614

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | Transaction Value<br>19 USC 1401 a(b) | Prices with Royalties |
| Protest Claim: | Transaction Value<br>19 USC 1401 a(b) | Prices without Royalties |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph<br>or Item Number | Rate | Paragraph<br>or Item Number | Rate |
| | | | | |

| Other |
|---|
| State specifically the Decision [as Described in 19 U.S.C.§1514(a)] and the Protest Claim: |

| |
|---|
| The issue which was common to all such denied protests:  Whether the merchandise should be appraised at the prices paid with royalties included. |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf.  The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest.  The issue or issues stated above were common to all such denied protests.  All such protests were filed and denied as prescribed by law.  All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.


Date:   12/21/2009                                   /s/ Robert F. Seely


Page 2

| PROT NUM | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4701-08-100953 | 12/22/2008 | 07/06/2009 | 358-0128118-5 | 11/29/2007 | 10/10/2008 |
| 4701-08-100953 | 12/22/2008 | 07/06/2009 | 358-0128142-5 | 11/30/2007 | 10/10/2008 |
| 4701-08-100953 | 12/22/2008 | 07/06/2009 | 358-0128072-4 | 11/28/2007 | 10/10/2008 |
| 4701-08-100953 | 12/22/2008 | 07/06/2009 | 358-0128045-0 | 11/26/2007 | 10/10/2008 |
| 4701-08-100953 | 12/22/2008 | 07/06/2009 | 358-0128044-3 | 11/26/2007 | 10/10/2008 |
| 4701-08-100953 | 12/22/2008 | 07/06/2009 | 358-0127974-2 | 11/23/2007 | 10/03/2008 |
| 4701-08-100953 | 12/22/2008 | 07/06/2009 | 358-0127927-0 | 11/19/2007 | 10/03/2008 |
| 4701-08-100953 | 12/22/2008 | 07/06/2009 | 358-0127926-2 | 11/20/2007 | 10/03/2008 |
| 4701-08-100953 | 12/22/2008 | 07/06/2009 | 358-0127925-4 | 11/19/2007 | 10/03/2008 |
| 4701-08-100953 | 12/22/2008 | 07/06/2009 | 358-0127886-8 | 11/19/2007 | 10/03/2008 |
| 4701-08-100953 | 12/22/2008 | 07/06/2009 | 358-0127882-7 | 11/19/2007 | 10/03/2008 |
| 4701-08-100953 | 12/22/2008 | 07/06/2009 | 358-0127957-7 | 11/23/2007 | 10/03/2008 |
|  |  |  |  |  |  |
| 4701-09-100165 | 03/03/2009 | 09/04/2009 | 358-0129023-6 | 01/24/2008 | 12/05/2008 |
| 4701-09-100165 | 03/03/2009 | 09/04/2009 | 358-0128935-2 | 01/20/2008 | 12/05/2008 |
| 4701-09-100165 | 03/03/2009 | 09/04/2009 | 358-0129158-0 | 01/29/2008 | 12/12/2008 |
| 4701-09-100165 | 03/03/2009 | 09/04/2009 | 358-0129001-2 | 01/22/2008 | 12/05/2008 |
| 4701-09-100165 | 03/03/2009 | 09/04/2009 | 358-0129218-2 | 01/31/2008 | 12/12/2008 |
| 4701-09-100165 | 03/03/2009 | 09/04/2009 | 358-0128933-7 | 01/20/2008 | 12/05/2008 |
| 4701-09-100165 | 03/03/2009 | 09/04/2009 | 358-0129012-9 | 01/24/2008 | 12/05/2008 |
| 4701-09-100165 | 03/03/2009 | 09/04/2009 | 358-0129116-8 | 01/27/2008 | 12/12/2008 |
| 4701-09-100165 | 03/03/2009 | 09/04/2009 | 358-0129115-0 | 01/27/2008 | 12/12/2008 |

**Port Director**
**U.S. Bureau of Customs & Border Protection**
**JFK International Airport**
**Building 77**
**Jamaica, NY 11430**

| PROT NUM | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4701-09-100166 | 03/03/2009 | 09/04/2009 | 358-0129271-1 | 02/05/2008 | 12/19/2008 |
| 4701-09-100166 | 03/03/2009 | 09/04/2009 | 358-0129284-4 | 02/04/2008 | 12/19/2008 |
| 4701-09-100166 | 03/03/2009 | 09/04/2009 | 358-0129488-1 | 02/10/2008 | 12/29/2008 |
| 4701-09-100166 | 03/03/2009 | 09/04/2009 | 358-0129419-6 | 02/11/2008 | 12/29/2008 |
| 4701-09-100166 | 03/03/2009 | 09/04/2009 | 358-0129586-2 | 02/14/2008 | 12/29/2008 |
| 4701-09-100166 | 03/03/2009 | 09/04/2009 | 358-0129359-4 | 02/05/2008 | 12/19/2008 |
| 4701-09-100166 | 03/03/2009 | 09/04/2009 | 358-0129283-6 | 02/04/2008 | 12/19/2008 |
| 4701-09-100166 | 03/03/2009 | 09/04/2009 | 358-0129498-0 | 02/10/2008 | 12/29/2008 |
|  |  |  |  |  |  |
| 4701-09-100167 | 03/03/2009 | 09/04/2009 | 358-0129948-4 | 02/25/2008 | 01/09/2009 |
| 4701-09-100167 | 03/03/2009 | 09/04/2009 | 358-0129707-4 | 02/17/2008 | 01/02/2009 |
| 4701-09-100167 | 03/03/2009 | 09/04/2009 | 358-0129994-8 | 02/28/2008 | 01/09/2009 |
| 4701-09-100167 | 03/03/2009 | 09/04/2009 | 358-0129756-1 | 02/19/2008 | 01/02/2009 |
| 4701-09-100167 | 03/03/2009 | 09/04/2009 | 358-0129799-1 | 02/21/2008 | 01/02/2009 |
| 4701-09-100167 | 03/03/2009 | 09/04/2009 | 358-0129706-6 | 02/17/2008 | 01/02/2009 |
| 4701-09-100167 | 03/03/2009 | 09/04/2009 | 358-0129918-7 | 02/25/2008 | 01/09/2009 |
|  |  |  |  |  |  |
| 4701-09-100249 | 04/08/2009 | 08/07/2009 | 358-0130167-8 | 03/06/2008 | 01/16/2009 |
| 4701-09-100249 | 04/08/2009 | 08/07/2009 | 358-0130090-2 | 03/02/2008 | 01/16/2009 |
| 4701-09-100249 | 04/08/2009 | 08/07/2009 | 358-0130127-2 | 03/04/2008 | 01/16/2009 |
| 4701-09-100249 | 04/08/2009 | 08/07/2009 | 358-0130092-8 | 03/02/2008 | 01/16/2009 |
|  |  |  |  |  |  |
| 4701-09-100250 | 04/08/2009 | 08/07/2009 | 358-0130237-9 | 03/10/2008 | 01/23/2009 |
| 4701-09-100250 | 04/08/2009 | 08/07/2009 | 358-0130341-9 | 03/14/2008 | 01/23/2009 |
| 4701-09-100250 | 04/08/2009 | 08/07/2009 | 358-0130325-2 | 03/14/2008 | 01/23/2009 |
| 4701-09-100250 | 04/08/2009 | 08/07/2009 | 358-0130296-5 | 03/13/2008 | 01/23/2009 |
| 4701-09-100250 | 04/08/2009 | 08/07/2009 | 358-0130342-7 | 03/14/2008 | 01/23/2009 |
| 4701-09-100250 | 04/08/2009 | 08/07/2009 | 358-0130238-7 | 03/10/2008 | 01/23/2009 |

| PROT NUM | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4701-09-100251 | 04/08/2009 | 08/07/2009 | 358-0130438-3 | 03/20/2008 | 01/30/2009 |
| 4701-09-100251 | 04/08/2009 | 08/07/2009 | 358-0130489-6 | 03/24/2008 | 02/06/2009 |
| 4701-09-100251 | 04/08/2009 | 08/07/2009 | 358-0130370-8 | 03/16/2008 | 01/30/2009 |
| 4701-09-100251 | 04/08/2009 | 08/07/2009 | 358-0130490-4 | 03/24/2008 | 02/06/2009 |
| 4701-09-100251 | 04/08/2009 | 08/07/2009 | 358-0130539-8 | 03/26/2008 | 02/06/2009 |
|  |  |  |  |  |  |
| 4701-09-100301 | 04/28/2009 | 09/04/2009 | 358-0130666-9 | 04/03/2008 | 02/13/2009 |
| 4701-09-100301 | 04/28/2009 | 09/04/2009 | 358-0130623-0 | 04/01/2008 | 02/13/2009 |
| 4701-09-100301 | 04/28/2009 | 09/04/2009 | 358-0130688-3 | 04/04/2008 | 02/13/2009 |
| 4701-09-100301 | 04/28/2009 | 09/04/2009 | 358-0130621-4 | 04/01/2008 | 02/13/2009 |
| 4701-09-100301 | 04/28/2009 | 09/04/2009 | 358-0130624-8 | 04/01/2008 | 02/13/2009 |
|  |  |  |  |  |  |
| 4701-09-100302 | 04/28/2009 | 09/04/2009 | 358-0130776-6 | 04/09/2008 | 02/20/2009 |
| 4701-09-100302 | 04/28/2009 | 09/04/2009 | 358-0130707-1 | 04/07/2008 | 02/20/2009 |
| 4701-09-100302 | 04/28/2009 | 09/04/2009 | 358-0130728-7 | 04/08/2008 | 02/20/2009 |
| 4701-09-100302 | 04/28/2009 | 09/04/2009 | 358-0130777-4 | 04/10/2008 | 02/20/2009 |
| 4701-09-100302 | 04/28/2009 | 09/04/2009 | 358-0130714-7 | 04/07/2008 | 02/20/2009 |
|  |  |  |  |  |  |
| 4701-09-100303 | 04/28/2009 | 09/04/2009 | 358-0130921-8 | 04/18/2008 | 02/27/2009 |
| 4701-09-100303 | 04/28/2009 | 09/04/2009 | 358-0130856-6 | 04/14/2008 | 02/27/2009 |
| 4701-09-100303 | 04/28/2009 | 09/04/2009 | 358-0130854-1 | 04/13/2008 | 02/27/2009 |
| 4701-09-100303 | 04/28/2009 | 09/04/2009 | 358-0130880-6 | 04/17/2008 | 02/27/2009 |
| 4701-09-100303 | 04/28/2009 | 09/04/2009 | 358-0130869-9 | 04/15/2008 | 02/27/2009 |

| PROT NUM | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4701-09-100527 | 06/01/2009 | 09/04/2009 | 358-0130988-7 | 04/24/2008 | 03/06/2009 |
| 4701-09-100527 | 06/01/2009 | 09/04/2009 | 358-0131030-7 | 04/25/2008 | 03/06/2009 |
| 4701-09-100527 | 06/01/2009 | 09/04/2009 | 358-0131028-1 | 04/25/2008 | 03/06/2009 |
| 4701-09-100527 | 06/01/2009 | 09/04/2009 | 358-0130940-8 | 04/20/2008 | 03/06/2009 |
| 4701-09-100527 | 06/01/2009 | 09/04/2009 | 358-0130975-4 | 04/21/2008 | 03/06/2009 |
| 4701-09-100527 | 06/01/2009 | 09/04/2009 | 358-0130970-5 | 04/21/2008 | 03/06/2009 |
| 4701-09-100527 | 06/01/2009 | 09/04/2009 | 358-0130971-3 | 04/21/2008 | 03/06/2009 |
| 4701-09-100527 | 06/01/2009 | 09/04/2009 | 358-0130948-1 | 04/22/2008 | 03/06/2009 |
| 4701-09-100527 | 06/01/2009 | 09/04/2009 | 358-0130969-7 | 04/22/2008 | 03/06/2009 |
| 4701-09-100527 | 06/01/2009 | 09/04/2009 | 358-0131029-9 | 04/25/2008 | 03/06/2009 |
|  |  |  |  |  |  |
| 4701-09-100528 | 06/01/2009 | 09/04/2009 | 358-0131074-5 | 04/28/2008 | 03/13/2009 |
| 4701-09-100528 | 06/01/2009 | 09/04/2009 | 358-0123796-3 | 03/22/2007 | 03/13/2009 |
| 4701-09-100528 | 06/01/2009 | 09/04/2009 | 358-0131075-2 | 05/02/2008 | 03/13/2009 |
| 4701-09-100528 | 06/01/2009 | 09/04/2009 | 358-0130976-2 | 04/28/2008 | 03/13/2009 |
| 4701-09-100528 | 06/01/2009 | 09/04/2009 | 358-0131099-2 | 05/02/2008 | 03/13/2009 |
| 4701-09-100528 | 06/01/2009 | 09/04/2009 | 358-0123166-9 | 02/09/2007 | 03/13/2009 |
|  |  |  |  |  |  |
| 4701-09-100529 | 06/01/2009 | 09/04/2009 | 358-0131340-0 | 05/18/2008 | 04/03/2009 |
| 4701-09-100529 | 06/01/2009 | 09/04/2009 | 358-0131336-8 | 05/18/2008 | 04/03/2009 |
| 4701-09-100529 | 06/01/2009 | 09/04/2009 | 358-0131261-8 | 05/12/2008 | 03/27/2009 |
| 4701-09-100529 | 06/01/2009 | 09/04/2009 | 358-0131375-6 | 05/20/2008 | 04/03/2009 |
| 4701-09-100529 | 06/01/2009 | 09/04/2009 | 358-0131234-5 | 05/12/2008 | 03/27/2009 |
| 4701-09-100529 | 06/01/2009 | 09/04/2009 | 358-0131389-7 | 05/23/2008 | 04/03/2009 |
| 4701-09-100529 | 06/01/2009 | 09/04/2009 | 358-0131269-1 | 05/15/2008 | 03/27/2009 |
| 4701-09-100529 | 06/01/2009 | 09/04/2009 | 358-0131263-4 | 05/12/2008 | 03/27/2009 |

| PROT NUM | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4701-09-100531 | 06/01/2009 | 09/04/2009 | 358-0131183-4 | 05/07/2008 | 03/20/2009 |
| 4701-09-100531 | 06/01/2009 | 09/04/2009 | 358-0131161-0 | 05/05/2008 | 03/20/2009 |
| 4701-09-100531 | 06/01/2009 | 09/04/2009 | 358-0131222-0 | 05/09/2008 | 03/20/2009 |
| 4701-09-100531 | 06/01/2009 | 09/04/2009 | 358-0131163-6 | 05/05/2008 | 03/20/2009 |
| 4701-09-100531 | 06/01/2009 | 09/04/2009 | 358-0131168-5 | 05/06/2008 | 03/20/2009 |
| 4701-09-100531 | 06/01/2009 | 09/04/2009 | 358-0131151-1 | 05/05/2008 | 03/20/2009 |
| 4701-09-100531 | 06/01/2009 | 09/04/2009 | 358-0131116-4 | 05/04/2008 | 03/20/2009 |
| 4701-09-100531 | 06/01/2009 | 09/04/2009 | 358-0131187-5 | 05/08/2008 | 03/20/2009 |
| 4701-09-100531 | 06/01/2009 | 09/04/2009 | 358-0131167-7 | 05/06/2008 | 03/20/2009 |
| 4701-09-100531 | 06/01/2009 | 09/04/2009 | 358-0131115-6 | 05/04/2008 | 03/20/2009 |
|  |  |  |  |  |  |
| 4701-09-100637 | 06/23/2009 | 09/04/2009 | 358-0131816-9 | 06/17/2008 | 05/01/2009 |
| 4701-09-100637 | 06/23/2009 | 09/04/2009 | 358-0131794-8 | 06/15/2008 | 05/01/2009 |
| 4701-09-100637 | 06/23/2009 | 09/04/2009 | 358-0131818-5 | 06/17/2008 | 05/01/2009 |
| 4701-09-100637 | 06/23/2009 | 09/04/2009 | 358-0131778-1 | 06/15/2008 | 05/01/2009 |
| 4701-09-100637 | 06/23/2009 | 09/04/2009 | 358-0131866-4 | 06/19/2008 | 05/01/2009 |
| 4701-09-100637 | 06/23/2009 | 09/04/2009 | 358-0131867-2 | 06/19/2008 | 05/01/2009 |
|  |  |  |  |  |  |
| 4701-09-100638 | 06/23/2009 | 09/04/2009 | 358-0131715-3 | 06/10/2008 | 04/24/2009 |
| 4701-09-100638 | 06/23/2009 | 09/04/2009 | 358-0131652-8 | 06/08/2008 | 04/24/2009 |
| 4701-09-100638 | 06/23/2009 | 09/04/2009 | 358-0131742-7 | 06/12/2008 | 04/24/2009 |
| 4701-09-100638 | 06/23/2009 | 09/04/2009 | 358-0131653-6 | 06/08/2008 | 04/24/2009 |
| 4701-09-100638 | 06/23/2009 | 09/04/2009 | 358-0131710-4 | 06/11/2008 | 04/24/2009 |
| 4701-09-100638 | 06/23/2009 | 09/04/2009 | 358-0131598-3 | 06/08/2008 | 04/24/2009 |

| PROT NUM | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4701-09-100639 | 06/23/2009 | 09/04/2009 | 358-0131535-5 | 06/01/2008 | 04/17/2009 |
| 4701-09-100639 | 06/23/2009 | 09/04/2009 | 358-0131419-2 | 05/26/2008 | 04/10/2009 |
| 4701-09-100639 | 06/23/2009 | 09/04/2009 | 358-0131471-3 | 05/29/2008 | 04/10/2009 |
| 4701-09-100639 | 06/23/2009 | 09/04/2009 | 358-0131542-1 | 06/02/2008 | 04/17/2009 |
| 4701-09-100639 | 06/23/2009 | 09/04/2009 | 358-0131496-0 | 05/28/2008 | 04/10/2009 |
| 4701-09-100639 | 06/23/2009 | 09/04/2009 | 358-0131470-5 | 05/29/2008 | 04/10/2009 |
| 4701-09-100639 | 06/23/2009 | 09/04/2009 | 358-0131406-9 | 05/28/2008 | 04/10/2009 |
| 4701-09-100639 | 06/23/2009 | 09/04/2009 | 358-0131438-2 | 05/26/2008 | 04/10/2009 |
| 4701-09-100639 | 06/23/2009 | 09/04/2009 | 358-0131584-3 | 06/02/2008 | 04/17/2009 |
| 4701-09-100639 | 06/23/2009 | 09/04/2009 | 358-0131541-3 | 06/02/2008 | 04/17/2009 |
|  |  |  |  |  |  |
| 4701-09-100811 | 07/27/2009 | 09/04/2009 | 358-0132258-3 | 07/13/2008 | 05/29/2009 |
| 4701-09-100811 | 07/27/2009 | 09/04/2009 | 358-0132336-7 | 07/17/2008 | 05/29/2009 |
| 4701-09-100811 | 07/27/2009 | 09/04/2009 | 358-0132301-1 | 07/14/2008 | 05/29/2009 |
| 4701-09-100811 | 07/27/2009 | 09/04/2009 | 358-0132259-1 | 07/13/2008 | 05/29/2009 |
| 4701-09-100811 | 07/27/2009 | 09/04/2009 | 358-0132323-5 | 07/17/2008 | 05/29/2009 |
|  |  |  |  |  |  |
| 4701-09-100812 | 07/27/2009 | 09/04/2009 | 358-0132070-2 | 07/06/2008 | 05/22/2009 |
| 4701-09-100812 | 07/27/2009 | 09/04/2009 | 358-0132136-1 | 07/09/2008 | 05/22/2009 |
| 4701-09-100812 | 07/27/2009 | 09/04/2009 | 358-0132194-0 | 07/10/2008 | 05/22/2009 |
| 4701-09-100812 | 07/27/2009 | 09/04/2009 | 358-0132092-6 | 07/07/2008 | 05/22/2009 |
| 4701-09-100812 | 07/27/2009 | 09/04/2009 | 358-0132094-2 | 07/07/2008 | 05/22/2009 |
|  |  |  |  |  |  |
| 4701-09-100813 | 07/27/2009 | 11/13/2009 | 358-0132005-8 | 06/29/2008 | 05/15/2009 |
| 4701-09-100813 | 07/27/2009 | 11/13/2009 | 358-0132009-0 | 07/01/2008 | 05/15/2009 |
| 4701-09-100813 | 07/27/2009 | 11/13/2009 | 358-0132003-3 | 06/29/2008 | 05/15/2009 |
| 4701-09-100813 | 07/27/2009 | 11/13/2009 | 358-0132034-8 | 07/03/2008 | 05/15/2009 |
| 4701-09-100813 | 07/27/2009 | 11/13/2009 | 358-0132008-2 | 06/30/2008 | 05/15/2009 |
| 4701-09-100813 | 07/27/2009 | 11/13/2009 | 358-0132011-6 | 07/01/2008 | 05/15/2009 |
| 4701-09-100813 | 07/27/2009 | 11/13/2009 | 358-0132009-0 | 07/01/2008 | 05/15/2009 |
| 4701-09-100813 | 07/27/2009 | 11/13/2009 | 358-0132011-6 | 07/01/2008 | 05/15/2009 |
| 4701-09-100813 | 07/27/2009 | 11/13/2009 | 358-0132034-8 | 07/03/2008 | 05/15/2009 |
| 4701-09-100813 | 07/27/2009 | 11/13/2009 | 358-0132005-8 | 06/29/2008 | 05/15/2009 |
| 4701-09-100813 | 07/27/2009 | 11/13/2009 | 358-0132008-2 | 06/30/2008 | 05/15/2009 |
| 4701-09-100813 | 07/27/2009 | 11/13/2009 | 358-0132003-3 | 06/29/2008 | 05/15/2009 |

| PROT NUM | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4701-09-100814 | 07/27/2009 | 09/04/2009 | 358-0131948-0 | 06/26/2008 | 05/08/2009 |
| 4701-09-100814 | 07/27/2009 | 09/04/2009 | 358-0131904-3 | 06/22/2008 | 05/08/2009 |
| 4701-09-100814 | 07/27/2009 | 09/04/2009 | 358-0131907-6 | 06/22/2008 | 05/08/2009 |
| 4701-09-100814 | 07/27/2009 | 09/04/2009 | 358-0131926-6 | 06/25/2008 | 05/08/2009 |
| 4701-09-100814 | 07/27/2009 | 09/04/2009 | 358-0131912-6 | 06/23/2008 | 05/08/2009 |
| 4701-09-100814 | 07/27/2009 | 09/04/2009 | 358-0131913-4 | 06/23/2008 | 05/08/2009 |
|  |  |  |  |  |  |
| 4701-09-100941 | 09/15/2009 | 11/13/2009 | 358-0132376-3 | 07/20/2008 | 06/05/2009 |
| 4701-09-100941 | 09/15/2009 | 11/13/2009 | 358-0132377-1 | 07/20/2008 | 06/05/2009 |
| 4701-09-100941 | 09/15/2009 | 11/13/2009 | 358-0132427-4 | 07/21/2008 | 06/05/2009 |
| 4701-09-100941 | 09/15/2009 | 11/13/2009 | 358-0132476-1 | 07/24/2008 | 06/05/2009 |
| 4701-09-100941 | 09/15/2009 | 11/13/2009 | 358-0132376-3 | 07/20/2008 | 06/05/2009 |
| 4701-09-100941 | 09/15/2009 | 11/13/2009 | 358-0132377-1 | 07/20/2008 | 06/05/2009 |
| 4701-09-100941 | 09/15/2009 | 11/13/2009 | 358-0132427-4 | 07/21/2008 | 06/05/2009 |
| 4701-09-100941 | 09/15/2009 | 11/13/2009 | 358-0132476-1 | 07/24/2008 | 06/05/2009 |
|  |  |  |  |  |  |
| 4701-09-100942 | 09/15/2009 | 11/13/2009 | 358-0132503-2 | 07/27/2008 | 06/12/2009 |
| 4701-09-100942 | 09/15/2009 | 11/13/2009 | 358-0132502-4 | 07/27/2008 | 06/12/2009 |
| 4701-09-100942 | 09/15/2009 | 11/13/2009 | 358-0132550-3 | 07/28/2008 | 06/12/2009 |
| 4701-09-100942 | 09/15/2009 | 11/13/2009 | 358-0132551-1 | 07/29/2008 | 06/12/2009 |
| 4701-09-100942 | 09/15/2009 | 11/13/2009 | 358-0132575-0 | 07/31/2008 | 06/12/2009 |
| 4701-09-100942 | 09/15/2009 | 11/13/2009 | 358-0132586-7 | 07/31/2008 | 06/12/2009 |
| 4701-09-100942 | 09/15/2009 | 11/13/2009 | 358-0132550-3 | 07/28/2008 | 06/12/2009 |
| 4701-09-100942 | 09/15/2009 | 11/13/2009 | 358-0132503-2 | 07/27/2008 | 06/12/2009 |
| 4701-09-100942 | 09/15/2009 | 11/13/2009 | 358-0132551-1 | 07/29/2008 | 06/12/2009 |
| 4701-09-100942 | 09/15/2009 | 11/13/2009 | 358-0132575-0 | 07/31/2008 | 06/12/2009 |
| 4701-09-100942 | 09/15/2009 | 11/13/2009 | 358-0132586-7 | 07/31/2008 | 06/12/2009 |
| 4701-09-100942 | 09/15/2009 | 11/13/2009 | 358-0132502-4 | 07/27/2008 | 06/12/2009 |

| PROT NUM | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4701-09-100944 | 09/15/2009 | 11/13/2009 | 358-0132656-8 | 08/03/2008 | 06/19/2009 |
| 4701-09-100944 | 09/15/2009 | 11/13/2009 | 358-0132657-6 | 08/03/2008 | 06/19/2009 |
| 4701-09-100944 | 09/15/2009 | 11/13/2009 | 358-0132667-5 | 08/03/2008 | 06/19/2009 |
| 4701-09-100944 | 09/15/2009 | 11/13/2009 | 358-0132691-5 | 08/04/2008 | 06/19/2009 |
| 4701-09-100944 | 09/15/2009 | 11/13/2009 | 358-0132706-1 | 08/08/2008 | 06/19/2009 |
| 4701-09-100944 | 09/15/2009 | 11/13/2009 | 358-0132762-4 | 08/10/2008 | 06/26/2009 |
| 4701-09-100944 | 09/15/2009 | 11/13/2009 | 358-0132690-7 | 08/04/2008 | 06/19/2009 |
| 4701-09-100944 | 09/15/2009 | 11/13/2009 | 358-0132819-2 | 08/12/2008 | 06/26/2009 |
| 4701-09-100944 | 09/15/2009 | 11/13/2009 | 358-0132819-2 | 08/12/2008 | 06/26/2009 |
| 4701-09-100944 | 09/15/2009 | 11/13/2009 | 358-0132656-8 | 08/03/2008 | 06/19/2009 |
| 4701-09-100944 | 09/15/2009 | 11/13/2009 | 358-0132657-6 | 08/03/2008 | 06/19/2009 |
| 4701-09-100944 | 09/15/2009 | 11/13/2009 | 358-0132667-5 | 08/03/2008 | 06/19/2009 |
| 4701-09-100944 | 09/15/2009 | 11/13/2009 | 358-0132690-7 | 08/04/2008 | 06/19/2009 |
| 4701-09-100944 | 09/15/2009 | 11/13/2009 | 358-0132691-5 | 08/04/2008 | 06/19/2009 |
| 4701-09-100944 | 09/15/2009 | 11/13/2009 | 358-0132706-1 | 08/08/2008 | 06/19/2009 |
| 4701-09-100944 | 09/15/2009 | 11/13/2009 | 358-0132762-4 | 08/10/2008 | 06/26/2009 |